UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUST FUTURES LAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-2208 (RC) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff, Just Futures Law ("Plaintiff"), and Defendants, U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (hereinafter collectively referred to as "Defendants" or individually referred to as "DHS" and "ICE"), by and through their attorneys, hereby submit this Joint Status Report pursuant to this Court's Minute Order dated January 13, 2022.

1. Plaintiff filed its complaint on August 19, 2021, with respect to its June 10, 2021 FOIA request seeking records from the Defendants related to DHS contracts for and use of identification products and technologies provided by RELX and Thomson Reuters. The request is attached as Exhibit 1 to the complaint.

2. Defendants filed their answer to the complaint on September 29, 2021.

3. Defendant DHS has determined that it does not have records responsive to Plaintiff's request and has referred the matter to ICE.

4. Defendant ICE has conducted a search to confirm whether it may have potentially responsive records and has located 1,580 pages of records.

5. Defendant ICE processed 1,002 pages of responsive records and produced 685 pages of records to plaintiff as of Feb. 10, 2022. Of the processed documents, 41 pages were duplicates and 274 pages were potentially responsive but required further coordination with a third-party corporation.

6. Defendant ICE will endeavor to process the remaining documents and produce any remaining responsive documents by Feb. 28, 2022.

7. On December 13, 2021, Plaintiff requested that ICE provide more information about the search, specifically (1) which custodians ICE selected and how they made those selections, (2) which databases ICE searched and whether ICE limited its search to only databases, and (3) which keywords ICE used for the searches. Plaintiff renews the request for that information.

8. The parties will continue to consult regarding the above issues and the FOIA request in an attempt to resolve any differences.

9. The parties ask that another status report be filed in 30 days, on March 14, 2022.

Dated: February 11, 2022

/s/ Dinesh McCoy
Dinesh McCoy (admitted pro hac vice)
Sejal Zota (D.C. Bar No. NC020
JUST FUTURES LAW
95 Washington Street Suite 104-149
Canton, MA 02021
954-790-1275
sejal@justfutureslaw.org
dinesh@justfutureslaw.org

*Attorneys for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY

Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2510
Thomas.duffey@usdoj.gov

*Attorneys for Defendants*